IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

JAMES RAY DEMPS,
TDCJ-CID No. 02420939,

    Plaintiff,

v.

VICTORIO R. GALLEGOS JR.,

    Defendant.

2:24-CV-198-Z-BR

## ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION

Before the Court are the Findings, Conclusions, and Recommendation ("FCR") of the United States Magistrate Judge to dismiss this case pursuant to 28 U.S.C. Section 1915(e)(2)(B). No objections to the FCR have been filed. After making an independent review of the pleadings, files, and records in this case, the District Judge concludes that the FCR of the Magistrate Judge is correct. ECF No. 9. It is therefore **ORDERED** that the FCR of the Magistrate Judge is **ADOPTED** and this case is hereby **DISMISSED with prejudice**.

SO ORDERED.

November 4, 2025

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE